UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LUIS CALDERON,

        Petitioner,

v.

KRISTI NOEM, et al.,

        Respondents.

Case No. 2:25-cv-02136-LK-TLF

[PROPOSED] ORDER

Having reviewed the Report and Recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    Petitioner's habeas corpus petition is granted (Dkt. 1).

    (3)    Petitioner shall be released from custody with appropriate conditions, within 24-hours of this order, and may not be re-detained until after an immigration court hearing is held (with adequate notice) to determine whether detention is appropriate.

[PROPOSED] ORDER - 1

1

2  Dated this __ day of [Pick the date].

3

4                                              LAUREN KING
                                            United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

[PROPOSED] ORDER - 2