## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUIS CALDERON,<br><br>    Petitioner,<br> v.<br><br>KRISTI NOEM et al.,<br><br>    Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER 2:25-cv-2136-LK-TLF |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

  For the reasons set forth in the Court's December 29, 2025 Order, Dkt. No. 14, judgment is entered in favor of Respondents and against Petitioner.

Dated December 29, 2025.

                Ravi Subramanian
                Clerk of Court

                */s/Natalie Wood*
                Deputy Clerk